IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JAMES MICHAEL KELLY,<br><br>   Plaintiff,<br><br>vs.<br><br>WESTERN TRANSPORT, LLC and JOHN EDWARD OLIVER,<br><br>   Defendants. | CV 23-159-M-KLD<br><br><br>ORDER |

The parties have filed a Stipulation for Dismissal of Plaintiff's Claims with Prejudice. (Doc. 23). Pursuant to the terms of the stipulation, and good cause appearing,

IT IS ORDERED that Plaintiff's claims in the above matter are dismissed, with prejudice, with each party to pay their own costs and attorneys' fees.

DATED this 5th day of December, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge